# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| PIERRE YVES BOURGEOIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cv-00699 |
|  | ) | JUDGE CRENSHAW |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 11), recommending that this action be dismissed without prejudice for failure to properly serve the United States. Plaintiff responded by filing executed green cards, showing that he served the United States on July 19, 2016. (Doc. No. 12-2 at 3.) The Court has reviewed the Report and Recommendation, the executed green cards, and conducted a de novo review of the record. For the following reasons, the Report and Recommendation is **ADOPTED**.

On April 1, 2016, Plaintiff filed the Complaint initiating this action. (Doc. No. 1.) The record shows that Plaintiff failed to serve Defendants within ninety days, as required by Federal Rule of Civil Procedure 4(m). On July 6, 2016, the Magistrate Judge instructed Plaintiff to show cause as to why this case should not be dismissed for failure to properly serve Defendants. (Doc. No. 7.) Plaintiff responded by filing proof that he served Defendants in a case unrelated to this one. (Docs. No. 8, 10, 11.) On July 19, 2016, the Magistrate Judge recommended the Court dismiss this case for failure to properly serve Defendants. (Doc. No. 11.)

Rule 4(m) requires the Court to dismiss this action after notice to Plaintiff if he failed to serve Defendants within ninety days. However, if Plaintiff shows good cause for the failure, the

Court "must extend the time for service for an appropriate period." Id. Here, the Magistrate Judge gave notice to Plaintiff on July 6, 2016, that the Court may dismiss the case for improper service. The Magistrate Judge's July 19 Report and Recommendation is additional notice that the Court may dismiss the case. Plaintiff still has not provided good cause for failure to timely serve Defendants.

Accordingly, the Report and Recommendation (Doc. No. 11) is **ADOPTED**. This action is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve Defendants.

This is the final order in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE